■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUCE ALAN DUNBAR, Appellant.— Judgment unanimously affirmed. (See Memorandum in *People* v. *Nichols,* 30 A D 2d 635, decided concurrently herewith.) (Appeal from judgment of Chautauqua Conuty Court, convicting defendant of grand

larceny first degree.) Present—Williams, P. J., Bastow, Marsh, Witmer and Henry, JJ.